JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESUS MIGUEL VARGAS,<br>　　　　　Petitioner,<br>　　　v.<br>JEFF MACOMBER, Warden,<br>　　　　　Respondent. | No. CV 16-02468-DOC (DFM)<br><br>JUDGMENT |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: January 3, 2018

_David O. Carter_
DAVID O. CARTER
United States District Judge